UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
:
SCOTT CAWTHORN,                                          :
:
                             Plaintiff,   :
:
            - against -                          :         22-CV-7396 (VSB)
:
CONG TY CO PHAN TAP DOAN APEC                            :         **ORDER**
VIET NAM,                                                :
:
                          Defendant.   :
:
---------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on August 30, 2022, (Doc. 1), and filed an affidavit of service on March 20, 2023, (Doc. 12). The deadline for Defendant to respond to Plaintiff's complaint was March 7, 2023. (*See* Doc. 12.) To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 23, 2023. If Plaintiff fail to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 6, 2023
           New York, New York

                                                                  _____
                                                                     VERNON S. BRODERICK
                                                                     United States District Judge