```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT CAWTHORN,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :        22-CV-7396 (VSB)
                -against-                                   :
                                                            :            ORDER
CONG TY CO PHAN TAP DOAN APEC                               :
VIET NAM,                                                   :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

The hearing on Plaintiff's request for a default judgment currently scheduled for June 2, 2023, at 11:00 a.m., is hereby rescheduled to June 2, 2023, at 10:30 a.m.

SO ORDERED.

Dated:   May 30, 2023
         New York, New York

*[signature]*
VERNON S. BRODERICK
United States District Judge