```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SCOTT CAWTHORN,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :    22-CV-7396 (VSB)
               -against-                                    :
                                                            :         ORDER
CONG TY CO PHAN TAP DOAN APEC                               :
VIET NAM,                                                   :
                                                            :
                              Defendant.                    :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      A hearing on the order to show cause issued in this matter was held on June 2, 2023. At that hearing, Plaintiff reported that a representative for the Defendant has reached out to him. Accordingly, a decision on Plaintiff's motion for a default judgment will be held in abeyance pending further developments. Plaintiff shall file a status update on the case by July 7, 2023. Should Defendant wish to appear in this matter, it is reminded that corporations may not proceed *pro se*. It must be represented by counsel. *See Pecarsky v. Galaxiworld.com Ltd.*, 249 F.3d 167, 172 (2d Cir. 2001).

SO ORDERED.

Dated:    June 2, 2023
              New York, New York

                                                              VERNON S. BRODERICK
                                                               United States District Judge