UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
SCOTT CAWTHON,           :
            :
          Plaintiff,    :
            :      22-CV-7396 (VSB)
      -against-    :
            :      **ORDER**
CONG TY CO PHAN TAP DOAN APEC  :
VIET NAM,           :
            :
         Defendant.   :
            :
------------------------------------------------------------ X

VERNON S. BRODERICK, United States District Judge:

      In accordance with my comments at the Order to Show Cause hearing on September 18, 2023, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendant Cong Ty Co Phan Tap Doan APEC Viet Nam.  This case will be referred to the magistrate judge for an inquest on damages and the propriety of granting the injunctive relief sought by Plaintiff.

SO ORDERED.

Dated:    September 18, 2023
           New York, New York

_____
VERNON S. BRODERICK
United States District Judge