# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

SCOTT CAWTHON,

                       Plaintiff,                           22 **CIVIL** 7396 (VSB)(OTW)

    -against-                                             **<u>JUDGMENT</u>**

CONG TY CO PHAN TAP DOAN APEC
VIET NAM,

                    Defendant.

-------------------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 6, 2025, the Report and Recommendation in ADOPTED in its entirety. Plaintiff be awarded the following: Damages, pursuant to 17 U.S.C. § 504(c): $10,000.00; Attorneys' fees, pursuant to 17 U.S.C. § 505: $7,970.62; Costs: $402.00; and Post-judgment Interest, from the date of entry of the award, until the date of payment, using the federal rate as set forth in 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:**  New York, New York

       March 6, 2025

                                                 **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

                           **BY:**
                                               _____
                                                   **Deputy Clerk**